# EXHIBIT A

**NVS Liquidating**

| # | Invoice Num | Invoice Amount | Invoice Date | Vendor Name | Check Number | Check Date | Amount Paid | Cleared Date | Cleared Note | Submission |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 616006 | 1,676.00 | 06/30/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 120025787 | 09/29/08 | 1,676.00 | 10/01/08 | | Original |
| 2 | 614943 | 2,700.00 | 04/18/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013769 | 09/11/08 | 2,700.00 | 09/15/08 | | Original |
| 3 | 615036 | 9,000.00 | 04/24/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013769 | 09/11/08 | 9,000.00 | 09/15/08 | | Original |
| 4 | 615054 | 30,800.00 | 04/25/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013769 | 09/11/08 | 30,800.00 | 09/15/08 | | Original |
| 5 | 615110 | 716.00 | 04/30/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013769 | 09/11/08 | 716.00 | 09/15/08 | | Original |
| 6 | 615344 | 158.90 | 05/16/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013769 | 09/11/08 | 158.90 | 09/15/08 | | Original |
| 7 | 615536 | 9,102.61 | 05/30/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013769 | 09/11/08 | 9,102.61 | 09/15/08 | | Original |
| 8 | 615571 | 13,822.79 | 05/30/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013769 | 09/11/08 | 13,822.79 | 09/15/08 | | Original |
| 9 | 611456.1 | 17.87 | 09/25/07 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013784 | 09/29/08 | 17.87 | 10/01/08 | | Original |
| 10 | 615558 | 24,861.54 | 05/30/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013784 | 09/29/08 | 24,861.54 | 10/01/08 | | Original |
| 11 | 615821 | 5,600.00 | 06/17/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013784 | 09/29/08 | 5,600.00 | 10/01/08 | | Original |
| 12 | 615998 | 7,408.66 | 06/30/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013784 | 09/29/08 | 7,408.66 | 10/01/08 | | Original |
| 13 | 616009 | 7,399.64 | 06/30/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013784 | 09/29/08 | 7,399.64 | 10/01/08 | | Original |
| 14 | 616010 | 20,109.80 | 06/30/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013784 | 09/29/08 | 20,109.80 | 10/01/08 | | Original |
| 15 | 616011 | 25,067.80 | 06/30/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013784 | 09/29/08 | 25,067.80 | 10/01/08 | | Original |
| 16 | 692373 | (16,416.00) | 06/24/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013784 | 09/29/08 | (16,416.00) | 10/01/08 | | Original |
| 17 | 615557 | 193,938.74 | 05/30/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013854 | 10/23/08 | 115,000.00 | 10/27/08 | | Original |
| 18 | 615557 | 193,938.74 | 05/30/08 | APPLIED VOICE & SPEECH TECHNOLOGIES INC. | 121013872 | 11/04/08 | 78,938.74 | 11/06/08 | | Original |
| | | | | | | | 335,964.35 | | | |