# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NVS LIQUIDATING COMPANY, INC., et al.[1], | ) | Case No. Case No. 08-12973 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| JEOFFREY L. BURTCH, | ) | |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIT TECHNOLOGY FINANCING SERVICES, INC., | ) | Adv. Pro. No. 10-53472 (PJW) |
| | ) | |
| WESTCO INTERNATIONAL, INC. D/B/A COMMUNICATIONS SUPPLY CORPORATION, | ) | Adv. Pro. No. 10-53478 (PJW) |
| | ) | |
| DATA SERVICES AND SOLUTIONS, INC., | ) | Adv. Pro. No. 10-53480 (PJW) |
| | ) | |
| DIVISION 9 INC., | ) | Adv. Pro. No. 10-53483 (PJW) |
| | ) | |
| E-WATCH, INC., | ) | Adv. Pro. No. 10-53485 (PJW) |
| | ) | |
| GUY FARRENS, AN INDIVIDUAL, D/B/A FARRENS CONSTRUCTION | ) | Adv. Pro. No. 10-53486 (PJW) |

---

[1] The Debtors are the following entities: NetVersant Solutions, Inc., Case No. 08-12973; NetVersant - Northern California, Inc., Case No. 08-12974; NetVersant - Southern California, Inc., Case No. 08-12975; NetVersant - California, Inc., Case No. 08-12976; NetVersant - Denver, Inc., Case No. 08-12977; NetVersant GP, Inc., Case No. 08-12978; NetVersant LP, Inc., Case No. 08-12979; NetVersant Management Co., L.P., Case No. 08-12980; NetVersant National, Inc., Case No. 08-12981; NV Resources, Inc., Case No. 08-12982; NetVersant, Inc., Case No. 08-12983; NetVersant - Oregon, Inc., Case No. 08-12984; NetVersant - Mid-Atlantic, Inc., Case No. 08-12986; NetVersant - New England, Inc., Case No. 08-12987; NetVersant - Minneapolis/St. Paul, Inc., Case No. 08-12988; NetVersant - Albuquerque, Inc., Case No. 08-12989; Intelligent Building Systems, Inc., Case No. 08-12990; NetVersant - Philadelphia, Inc., Case No. 08-12991; NetVersant - Texas, Inc., Case No. 08-12992; NetVersant - Cascades, Inc., Case No. 08-12993; and NetVersant - Washington, Inc., Case No. 08-12994.

| | | |
|---|---|---|
| G & L UTILITY CONTRACTORS, INC., | ) | Adv. Pro. No. 10-53488 (PJW) |
| | ) | |
| GRANT THORNTON LLP, | ) | Adv. Pro. No. 10-53491 (PJW) |
| | ) | |
| GRAYBAR ELECTRIC COMPANY, INC., | ) | Adv. Pro. No. 10-53561 (PJW) |
| | ) | |
| HIGH WIRE NETWORKS, INC., | ) | Adv. Pro. No. 10-53563 (PJW) |
| | ) | |
| HIGHLAND SQUARE CENTER LTD, | ) | Adv. Pro. No. 10-53564 (PJW) |
| | ) | |
| R.C. HUNT ELECTRIC, INC. D/B/A HUNT ELECTRIC, INC., | ) ) | Adv. Pro. No. 10-53585 (PJW) |
| | ) | |
| INTEGRATED DOOR SOLUTIONS, INC.,D/B/A IDS, | ) ) | Adv. Pro. No. 10-53587 (PJW) |
| | ) | |
| INTRA LINK COMMUNICATIONS, INC., | ) | Adv. Pro. No. 10-53589 (PJW) |
| | ) | |
| LFP ASSOCIATES, LLC, | ) | Adv. Pro. No. 10-53594 (PJW) |
| | ) | |
| LOCKNET, LLC, | ) | Adv. Pro. No. 10-53599 (PJW) |
| | ) | |
| MARSH USA, INC., | ) | Adv. Pro. No. 10-53601 (PJW) |
| | ) | |
| MCBRIDE ELECTRIC, INC. D/B/A MCBRIDE M-POWER NATIONWIDE, | ) ) | Adv. Pro. No. 10-53604 (PJW) |
| | ) | |
| MEDICA INSURANCE COMPANY D/B/A MEDICA, INC., | ) ) | Adv. Pro. No. 10-53605 (PJW) |
| | ) | |
| MILLER INFORMATION SYSTEMS INC D/B/A MILLER INFORMATION SYSTEMS, | ) ) | Adv. Pro. No. 10-53608 (PJW) |
| | ) | |
| NETWORK COMMUNICATIONS TECHNOLOGIES, INC., D/B/A BLACK BOX NETWORK SERVICES AND BLACK BOX CORPORATION, | ) ) ) ) | Adv. Pro. No. 10-53609 (PJW) |
| | ) | |
| NETCLEAR, INC., | ) | Adv. Pro. No. 10-53610 (PJW) |
| | ) | |
| NEXSAN TECHNOLOGIES INCORPORATED, | ) | Adv. Pro. No. 10-53611 (PJW) |
| | ) | |
| NIMBUS CENTER LLC, | ) | Adv. Pro. No. 10-53612 (PJW) |
| | ) | |
| NORTHERN VIDEO SYSTEMS, INC., | ) ) | Adv. Pro. No. 10-53613 (PJW) |

| | | |
|---|---|---|
| OASIS DEVELOPMENT ENTERPRISES, INC. D/B/A OASIS 100 FRANKLIN STREET LLC CORP, | ) ) ) ) | Adv. Pro. No. 10-53614 (PJW) |
| HOEFLER COMMUNICATIONS INC., | ) ) | Adv. Pro. No. 10-53641 (PJW) |
| PR ENTERPRISE SOLUTIONS GROUP, LTD., | ) ) | Adv. Pro. No. 10-53658 (PJW) |
| QUENTIN CONTROL SYSTEMS, INC., | ) ) | Adv. Pro. No. 10-53660 (PJW) |
| THE WRITE STUFF, INC. D/B/A QUILL & INK, | ) ) ) | Adv. Pro. No. 10-53661 (PJW) |
| RESPONDER SYSTEMS CORPORATION, | ) ) | Adv. Pro. No. 10-53662 (PJW) |
| ROBNETT ELECTRIC, INC., | ) ) | Adv. Pro. No. 10-53663 (PJW) |
| SER COMMUNICATIONS INC., | ) ) | Adv. Pro. No. 10-53666 (PJW) |
| SID BALKMAN ELECTRICAL CONTRACTORS INC., | ) ) ) | Adv. Pro. No. 10-53668 (PJW) |
| SRV CONSULTING SERVICES, INC., | ) ) | Adv. Pro. No. 10-53670 (PJW) |
| STAPLES, INC. D/B/A STAPLES BUSINESS ADVANTAGE, | ) ) ) | Adv. Pro. No. 10-53671 (PJW) |
| KERRY SORENSEN, AN INDIVIDUAL, D/B/A SUPERIOR COMMUNICATIONS, | ) ) ) | Adv. Pro. No. 10-53672 (PJW) |
| TECHNOLOGY FOR EDUCATION, L.L.C, D/B/A TFE CONNECT, | ) ) ) | Adv. Pro. No. 10-53673 (PJW) |
| TRI TEKS TELECOMMUNICATIONS, INC., | ) ) | Adv. Pro. No. 10-53677 (PJW) |
| MCGRATH RENTCORP D/B/A TRS-RENTELCO, | ) ) ) | Adv. Pro. No. 10-53678 (PJW) |
| WAVE CONSULTING GROUP, L.L.C., | ) ) | Adv. Pro. No. 10-53680 (PJW) |
| HONEYWELL INTERNATIONAL INC. D/B/A ADI, | ) ) ) | Adv. Pro. No. 10-53744 (PJW) |
| AMAG TECHNOLOGY, INC., | ) ) | Adv. Pro. No. 10-53750 (PJW) |
| APL ACCESS & SECURITY, INC., | ) | Adv. Pro. No. 10-53754 (PJW) |

| | | |
|---|---|---|
| APPLIED VOICE & SPEECH TECHNOLOGIES, INC., | ) ) ) ) | Adv. Pro. No. 10-53755 (PJW) |
| AMERICAN TELEPHONE AND TELEGRAPH COMPANY, D/B/A AT&T, | ) ) ) ) | Adv. Pro. No. 10-53757 (PJW) |
| AVAYA INC., | ) ) | Adv. Pro. No. 10-53758 (PJW) |
| AVIS BUDGET GROUP, INC. D/B/A AVIS RENT A CAR SYSTEM INC, | ) ) ) ) | Adv. Pro. No. 10-53760 (PJW) |
| BANC OF AMERICA LEASING & CAPITAL, LLC, | ) ) ) ) | Adv. Pro. No. 10-53761 (PJW) |
| B & P EQUIPMENT LP, D/B/A BP EQUIPMENT CO, | ) ) ) ) | Adv. Pro. No. 10-53764 (PJW) |
| BRANTTEL NETWORKS, INC., | ) ) | Adv. Pro. No. 10-53765 (PJW) |
| BRAYER ELECTRIC COMPANY, | ) ) | Adv. Pro. No. 10-53767 (PJW) |
| BRISTOL CAPITAL INC., | ) ) | Adv. Pro. No. 10-53776 (PJW) |
| C.C. CREATIONS, LTD., | ) ) | Adv. Pro. No. 10-53777 (PJW) |
| MARINERS GATE, LLC D/B/A CHAPMAN & INTRIERI LLP, | ) ) ) ) | Adv. Pro. No. 10-53779 (PJW) |
| DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC D/B/A DAIMLERCHRYSLER FINANCIAL SERVICES AMER AND CHRYSLER FINANCIAL SERVICES AMERICAS LLC D/B/A DAIMLERCHRYSLER FINANCIAL SERVICES AMER | ) ) ) ) ) ) ) ) | Adv. Pro. No. 10-53862 (PJW) |
| ELRAC LLC, F/K/A ELRAC INC.,D/B/A ENTERPRISE RENT A CAR | ) ) ) | Adv. Pro. No. 10-53863 (PJW) |
| EVERGREEN FIRE & SECURITY, INC., | ) ) | Adv. Pro. No. 10-53865 (PJW) |
| ONEAC CORPORATION, and | ) ) | Adv. Pro. No. 10-53866 (PJW) |
| PENSKE TRUCK LEASING CO., L.P., AND PENSKE TRUCK LEASING CORPORATION, AND PENSKE TRUCK LEASING CREDIT | ) ) ) ) | Adv. Pro. No. 10-53867 (PJW) |

| | |
|---|---|
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL**
**DISCLOSURES AND PROPOSED SCHEDULING ORDER**

I, Robert W. Pedigo, certify that on March 4, 2011 I caused the Plaintiffs Initial Disclosures and Proposed Scheduling Order to be served upon the entities on the attached service list in the manner indicated.

Dated: March 4, 2011  
       Wilmington, Delaware

COOCH AND TAYLOR, P.A.

*/s/ Robert W. Pedigo*
Robert W. Pedigo (#4047)
The Brandywine Building
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19801
Telephone: (302) 984-3800
Fax: (302) 984-3939
E-mail: rpedigo@coochtaylor.com

Attorney for Jeoffrey L. Burtch, Trustee