IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NVS LIQUIDATING COMPANY, INC., et al.,<br><br>Debtors. | Case No. 08-12973 (PJW)<br><br>Chapter 11<br>Jointly Administered |
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED VOICE & SPEECH TECHNOLOGIES, INC.,<br><br>Defendant. | Adv. Pro. No. 10-53755 (PJW) |

## NOTICE OF SERVICE OF APPLIED VOICE & SPEECH TECHNOLOGIES, INC'S INITIAL DISCLOSURES

The undersigned hereby certifies that on April 14, 2011, counsel for Defendant Applied Voice & Speech Technologies, Inc. served a copy of *Defendant's Initial Disclosures* along with this *Notice of Service* on counsel listed below via first class mail:

> Robert W. Pedigo
> Cooch and Taylor, P.A.
> The Brandywine Building
> 1000 West Street, 10th Floor
> P.O. Box 1680
> Wilmington, DE 19899-1680

| | |
|---|---|
| Dated: April 14, 2011 | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br><br>By: */s/ Sally E. Veghte*<br>Richard M. Beck, Esquire (ID# 3370)<br>Sally E. Veghte, Esquire (ID# 4762)<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801-3062<br>Telephone: (302) 552-5501<br>Facsimile: (302) 426-9193<br>rbeck@klehr.com<br>sveghte@klehr.com<br><br>- and -<br><br>**PERKINS COIE LLP**<br>Bruce G. MacIntyre<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>BMacIntyre@perkinscoie.com<br><br>ATTORNEYS FOR DEFENDANT |