IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NVS LIQUIDATING COMPANY, INC., et al.,<br><br>        Debtors.<br><br>———————————————<br><br>JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE,<br><br>        Plaintiff,<br><br>v.<br><br>APPLIED VOICE & SPEECH TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No. 08-12973 (PJW)<br><br>Chapter 11<br>Jointly Administered<br><br><br><br>Adv. Pro. No. 10-53755 (PJW) |

**NOTICE OF SERVICE OF APPLIED VOICE & SPEECH
TECHNOLOGIES, INC'S FIRST SET OF DISCOVERY
<u>REQUESTS DIRECTED TO PLAINTIFF</u>**

The undersigned hereby certifies that on May 4, 2011, counsel for Defendant Applied Voice & Speech Technologies, Inc. served a copy of *Defendant's First Set of Discovery Requests* along with this *Notice of Service* on counsel listed below via first class mail:

        Robert W. Pedigo
        Cooch and Taylor, P.A.
        The Brandywine Building
        1000 West Street, 10th Floor
        P.O. Box 1680
        Wilmington, DE 19899-1680

Dated: May 4, 2011

**KLEHR HARRISON HARVEY BRANZBURG LLP**

By: */s/ Sally E. Veghte*
Richard M. Beck (DE Bar Id 3370)
Sally E. Veghte (DE Bar Id 4762)
919 Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Telephone: (302) 552-5501
Facsimile: (302) 426-9193
rbeck@klehr.com
sveghte@klehr.com

- and -

**PERKINS COIE LLP**
Bruce G. MacIntyre
Jeffrey Vanacore
Willie J. White
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
BMacIntyre@perkinscoie.com
JVanacore@perkinscoie.com
WWhite@perkinscoie.com

ATTORNEYS FOR DEFENDANT