# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NVS LIQUIDATING COMPANY, INC., *et al.*,[1] | ) | Case No. 08-12973 (PJW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| JEOFFREY L. BURTCH, | ) | |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | Adv. Pro. No. 10-53755 (PJW) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLIED VOICE & SPEECH TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR EXTENSION OF SCHEDULING ORDER DEADLINE**

Jeoffrey L. Burtch, Esquire, the Chapter 7 Trustee (the "Trustee", and/or collectively the "Plaintiff") for the estates of NVS Liquidating Company, Inc., *et al.* fka NetVersant Solutions, Inc. *et al.* (the "Estates", the "Debtors", and/or "NVS"), Plaintiff in this adversary proceeding, by his undersigned attorneys, enter into this Stipulation (the "Stipulation") to modify certain

---

[1] The Debtors are the following entities: NetVersant Solutions, Inc., Case No. 08-12973; NetVersant - Northern California, Inc., Case No. 08-12974; NetVersant - Southern California, Inc., Case No. 08-12975; NetVersant - California, Inc., Case No. 08-12976; NetVersant - Denver, Inc., Case No. 08-12977; NetVersant GP, Inc., Case No. 08-12978; NetVersant LP, Inc., Case No. 08-12979; NetVersant Management Co., L.P., Case No. 08-12980; NetVersant National, Inc., Case No. 08-12981; NV Resources, Inc., Case No. 08-12982; NetVersant, Inc., Case No. 08-12983; NetVersant - Oregon, Inc., Case No. 08-12984; NetVersant - Mid-Atlantic, Inc., Case No. 08-12986; NetVersant - New England, Inc., Case No. 08-12987; NetVersant - Minneapolis/St. Paul, Inc., Case No. 08-12988; NetVersant - Albuquerque, Inc., Case No. 08-12989; Intelligent Building Systems, Inc., Case No. 08-12990; NetVersant - Philadelphia, Inc., Case No. 08-12991; NetVersant - Texas, Inc., Case No. 08-12992; NetVersant - Cascades, Inc., Case No. 08-12993; and NetVersant - Washington, Inc., Case No. 08-12994.

deadlines entered in the above-captioned adversary proceeding (the "Adversary Proceeding"). The Parties hereby stipulate and agree as follows:

1. On March 31, 2011, this Court entered a Scheduling Order [Adv. Docket No. 8] (the "Scheduling Order").

2. Pursuant to the Scheduling Order, the Adversary Proceeding is subject to the following relevant deadline:

(a) Written fact discovery (i.e. requests for the production of documents, interrogatories and requests for admission) shall be completed no later than August 28, 2011.

3. The Parties agree that additional time to complete discovery is required. The extended deadline proposed is as follows:

(a) The Plaintiff's responses to written fact discovery propounded by Defendant (i.e. requests for the production of documents, interrogatories and requests for admission) shall be completed no later than September 12, 2011.

(b) The Defendant's responses to written fact discovery (i.e. requests for the production of documents, interrogatories and requests for admission) shall be completed no later than October 7, 2011.

4. The Parties wish to conserve judicial resources and the resources of the Estates by extending the Scheduling Order deadline previously set. This is the Parties' first joint request to modify scheduling in the Adversary Proceeding.

WHEREFORE, the Parties respectfully request that the Court grant the relief requested herein, enter the Order in the form attached hereto, and grant such other and further relief as is just and proper.

Dated: August 9, 2011

| COOCH AND TAYLOR, P.A. | PERKINS COIE LLP |
|---|---|
| By: *W. Jeffrey Whittle* <br> W. Jeffrey Whittle (# 448) <br> The Brandywine Building <br> 1000 West Street, 10th Floor <br> P.O. Box 1680 <br> Wilmington, DE 19899-1680 <br> Telephone: (302) 984-3832 <br> Fax: (302) 984-3939 <br> E-mail: jwhittle@coochtaylor.com <br><br> Counsel to Jeoffrey L. Burtch, <br> Chapter 7 Trustee for the Estates of <br> NVS Liquidating Company, Inc., *et al.* <br> fka NetVersant Solutions, Inc. *et al.* | By: *Jeffrey D. Vanacore* <br> Jeffrey D. Vanacore <br> 30 Rockefeller Plaza, 25th Floor <br> New York, NY 10112 <br> Telephone: (212) 262-6912 <br> Fax: (212) 977-1642 <br> E-mail: jvanacore@perkinscoie.com <br><br> Counsel for Applied Voice & Speech Technologies, Inc. |