IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> NVS LIQUIDATING COMPANY, INC., *et al.*,[1] ) <br> ) <br> ) <br> ) <br> Debtors. ) <br> _____ ) <br> JEOFFREY L. BURTCH, ) <br> CHAPTER 7 TRUSTEE, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPLIED VOICE & SPEECH TECHNOLOGIES, ) <br> INC., ) <br> ) <br> Defendant. ) | Case No. 08-12973 (PJW) <br><br> Jointly Administered <br><br><br><br><br> Adv. Pro. No. 10-53755 (PJW) <br><br> **Re: Docket No. 13** |

## ORDER EXTENDING SCHEDULING ORDER DEADLINE

The Court having considered the Stipulation for Extension of Scheduling Order Deadline (the "Stipulation"), agreed to by the parties in the above-captioned adversary proceeding (the "Adversary Proceeding"); and the Court having determined that good and adequate cause exists for approval of the Stipulation:

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The Scheduling Order is modified as set forth in the Stipulation.

Dated: Aug 1, 2011

THE HONORABLE PETER J. WALSH
United States Bankruptcy Judge

---

[1] The Debtors are the following entities: NetVersant Solutions, Inc., Case No. 08-12973; NetVersant - Northern California, Inc., Case No. 08-12974; NetVersant - Southern California, Inc., Case No. 08-12975; NetVersant - California, Inc., Case No. 08-12976; NetVersant - Denver, Inc., Case No. 08-12977; NetVersant GP, Inc., Case No. 08-12978; NetVersant LP, Inc., Case No. 08-12979; NetVersant Management Co., L.P., Case No. 08-12980; NetVersant National, Inc., Case No. 08-12981; NV Resources, Inc., Case No. 08-12982; NetVersant, Inc., Case No. 08-12983; NetVersant - Oregon, Inc., Case No. 08-12984; NetVersant - Mid-Atlantic, Inc., Case No. 08-12986; NetVersant - New England, Inc., Case No. 08-12987; NetVersant - Minneapolis/St. Paul, Inc., Case No. 08-12988; NetVersant - Albuquerque, Inc., Case No. 08-12989; Intelligent Building Systems, Inc., Case No. 08-12990; NetVersant - Philadelphia, Inc., Case No. 08-12991; NetVersant - Texas, Inc., Case No. 08-12992; NetVersant - Cascades, Inc., Case No. 08-12993; and NetVersant - Washington, Inc., Case No. 08-12994.