# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NVS LIQUIDATING COMPANY, INC., *et al.*,[1] | ) | Case No. 08-12973 (PJW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| JEOFFREY L. BURTCH, | ) | |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | Adv. Pro. No. 10-53755 (PJW) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLIED VOICE & SPEECH TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, W. Jeffrey Whittle, Esquire, certify that on September 8, 2011, I caused the PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT APPLIED VOICE & SPEECH TECHNOLOGIES, INC'S FIRST SET OF REQUESTS FOR ADMISSIONS, INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE to be served upon the following entities in the manner indicated:

---

[1] The Debtors are the following entities: NetVersant Solutions, Inc., Case No. 08-12973; NetVersant - Northern California, Inc., Case No. 08-12974; NetVersant - Southern California, Inc., Case No. 08-12975; NetVersant - California, Inc., Case No. 08-12976; NetVersant - Denver, Inc., Case No. 08-12977; NetVersant GP, Inc., Case No. 08-12978; NetVersant LP, Inc., Case No. 08-12979; NetVersant Management Co., L.P., Case No. 08-12980; NetVersant National, Inc., Case No. 08-12981; NV Resources, Inc., Case No. 08-12982; NetVersant, Inc., Case No. 08-12983; NetVersant - Oregon, Inc., Case No. 08-12984; NetVersant - Mid-Atlantic, Inc., Case No. 08-12986; NetVersant - New England, Inc., Case No. 08-12987; NetVersant - Minneapolis/St. Paul, Inc., Case No. 08-12988; NetVersant - Albuquerque, Inc., Case No. 08-12989; Intelligent Building Systems, Inc., Case No. 08-12990; NetVersant - Philadelphia, Inc., Case No. 08-12991; NetVersant - Texas, Inc., Case No. 08-12992; NetVersant - Cascades, Inc., Case No. 08-12993; and NetVersant - Washington, Inc., Case No. 08-12994.

| | |
|---|---|
| **Via Hand Delivery** | **Via First Class Mail** |
| Richard M. Beck, Esq. | Bruce G. MacIntyre, Esq. |
| Sally E. Veghte, Esq. | Jeffrey Vanacore, Esq. |
| Klehr Harrison Harvey | Willie J. White, Esq. |
| Branzburg LLP | Perkins Coie LLP |
| 919 Market Street, Suite 1000 | 1201 Third Avenue, Suite 4800 |
| Wilmington, Delaware 19801-3062 | Seattle, WA 98101-3099 |

Dated: September 8, 2011     COOCH AND TAYLOR, P.A.
       Wilmington, DE

/s/ W. Jeffrey Whittle
W. Jeffrey Whittle (#448)
The Brandywine Building
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19801
Telephone: (302) 984-3800
Fax: (302) 984-3939
E-mail: jwhittle@coochtaylor.com

Attorney for Jeoffrey L. Burtch, Trustee